FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR 21  PM 2:41

LORETTA G. WHYTE
    CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ROSIE L. GREEN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 05-0193** |
| **NEW ORLEANS POLICE DEPARTMENT, ET AL.** | **SECTION "D"(4)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Rosie Green's claims against the defendants, the New Orleans Police Department, the Regional Transit Authority, and the Housing Authority of New Orleans are **DISMISSED WITH PREJUDICE** as frivolous pursuant to Title 28 U.S.C. § 1915(e) and § 1915A.

**IT IS FURTHER ORDERED THAT** the Motion to Dismiss (#doc. 13) is **DENIED as MOOT**.

New Orleans, Louisiana, this 21st day of March, 2006.

UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep___
___ Doc. No.___